**Schedule A**

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | angtbe | Walmart | 101670311 |
| 2 | Apex Threads | Walmart | 102899957 |
| 3 | axiaoxiao | Walmart | 102654475 |
| 4 | baoshenghui | Walmart | 102496497 |
| 5 | BDABDFGE | Walmart | 102799368 |
| 6 | BenXing Xie | Walmart | 102845629 |
| 7 | BIG4GROUP LLC | Walmart | 102630194 |
| 8 | Binshirtdiy | Walmart | 102828394 |
| 9 | bosidengpiju | Walmart | 102507373 |
| 10 | Boutique box store | Walmart | 102739901 |
| 11 | bozitengkeji | Walmart | 102500884 |
| 12 | Bubble99 | Walmart | 102629933 |
| 13 | Charming Cottage Corner | Walmart | 102669527 |
| 14 | CONG THINH NGUYEN | Walmart | 102908598 |
| 15 | DANTA COMPANY LIMITED | Walmart | 102657505 |
| 16 | DAQIANG12 | Walmart | 102849664 |
| 17 | Delightful Dwelling Depot | Walmart | 102738399 |
| 18 | denggudianzi | Walmart | 102581368 |
| 19 | Do it now | Walmart | 102935796 |
| 20 | douwuli | Walmart | 102756907 |
| 21 | DUONG DUC THUY | Walmart | 102824585 |
| 22 | DUTA GLOBAL- Eastern-Print | Walmart | 102582341 |
| 23 | enchenkejiyouxiangongsi | Walmart | 102862308 |
| 24 | Evangeline | Walmart | 102771662 |
| 25 | Fantistic Toys | Walmart | 101307060 |
| 26 | FenXia Song | Walmart | 102842586 |
| 27 | foshanshiyuhengyankeji | Walmart | 101637076 |
| 28 | GLLQ.LLC | Walmart | 102506680 |
| 29 | GLOBAL LAUNDRY TRADING SERVICE | Walmart | 102911315 |
| 30 | Gorgeous Garb | Walmart | 102777622 |
| 31 | Green Orange Trade | Walmart | 102771244 |
| 32 | guangzhoubaoruicanyinyouxiangongsi | Walmart | 102601885 |
| 33 | guangzhoujinhekejiyouxiangongsi | Walmart | 102602089 |
| 34 | guangzhoupengshuangfuzhuang | Walmart | 102860757 |
| 35 | HaoFei Shao | Walmart | 102807517 |
| 36 | haohuodoulaimai | Walmart | 102823969 |
| 37 | Haohushi | Walmart | 102822454 |
| 38 | Happybuy-- | Walmart | 102717654 |
| 39 | HBSYLDDZ | Walmart | 102916660 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 40 | Hellery | Walmart | 101240773 |
| 41 | HengYangShiYiBangWangLuoKeJiYouXianGongSi | Walmart | 101626057 |
| 42 | hezhuanzhen | Walmart | 102881765 |
| 43 | hi110s4gdlg8zgn | Walmart | 102490186 |
| 44 | HOKODACH | Walmart | 102902632 |
| 45 | Home Trading Company | Walmart | 102943485 |
| 46 | hongbaihuanshang | Walmart | 102587843 |
| 47 | Huiju1 | Walmart | 102884615 |
| 48 | ILV GLOBAL TRADING AND SERVICES JOINT STOCK COMPANY | Walmart | 102605895 |
| 49 | Impact In Style | Walmart | 102498820 |
| 50 | IVIM CO.,LTD | Walmart | 102658521 |
| 51 | JianGangXu | Walmart | 102770086 |
| 52 | jianghui | Walmart | 102814255 |
| 53 | Jianheng store | Walmart | 102838906 |
| 54 | JiaYin Liang | Walmart | 102822508 |
| 55 | Jiersun Trading Company | Walmart | 102768508 |
| 56 | jiganju19670815 | Walmart | 102490108 |
| 57 | Jin Direct | Walmart | 101613888 |
| 58 | JinfangguanjieLtd | Walmart | 102516198 |
| 59 | JiQian Wang | Walmart | 102834143 |
| 60 | KIM TA LTD | Walmart | 102577619 |
| 61 | Lamp for Home | Walmart | 102859029 |
| 62 | LiangYanMaoYi | Walmart | 102514817 |
| 63 | Life-Essentials | Walmart | 101630035 |
| 64 | Lingerie GU | Walmart | 102899652 |
| 65 | LingSelect | Walmart | 102761897 |
| 66 | Lingzhou Preferred | Walmart | 102851088 |
| 67 | liujinhao | Walmart | 102849316 |
| 68 | Lnatis SHOP | Walmart | 102600862 |
| 69 | LuckyNumen | Walmart | 101620784 |
| 70 | maijinsi | Walmart | 102736199 |
| 71 | Maomaoshop | Walmart | 102510428 |
| 72 | Maxfigma | Walmart | 102499798 |
| 73 | MinggeDoors andWindowsCoLtd | Walmart | 102853456 |
| 74 | MINZHI | Walmart | 102896573 |
| 75 | MM Fashion | Walmart | 102872771 |
| 76 | Mootikar | Walmart | 101529586 |
| 77 | NaHanVN LTD | Walmart | 102559273 |
| 78 | Nanana | Walmart | 102577957 |
| 79 | Narbell | Walmart | 102819880 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 80 | Neat Nest Nook | Walmart | 102687828 |
| 81 | NGUYEN THI BINH | Walmart | 102814831 |
| 82 | NGUYEN TIEN LOC | Walmart | 102811772 |
| 83 | ning | Walmart | 101692045 |
| 84 | OUMKLS | Walmart | 102790005 |
| 85 | PBUU | Walmart | 102764645 |
| 86 | PengXin Lan | Walmart | 102845493 |
| 87 | POPLABSHOP | Walmart | 102859315 |
| 88 | Promotion store | Walmart | 102823535 |
| 89 | PROTON COMPANY LIMITED | Walmart | 102645881 |
| 90 | QiangQiBai | Walmart | 102897313 |
| 91 | RANJI | Walmart | 102803076 |
| 92 | riches and honour | Walmart | 102730794 |
| 93 | ron--gjia | Walmart | 102797269 |
| 94 | RunooKids | Walmart | 102758606 |
| 95 | Sarzi Hub Official Store | Walmart | 101292677 |
| 96 | SereneSpark | Walmart | 102759413 |
| 97 | shamjina | Walmart | 101114402 |
| 98 | Shenc | Walmart | 102797058 |
| 99 | shenlanshumakejiyouxian Co.ltd | Walmart | 101290441 |
| 100 | shenyangyaoxijushangmaoyouxian | Walmart | 102923059 |
| 101 | Shinecloud | Walmart | 101487541 |
| 102 | SONGDIAN | Walmart | 101693754 |
| 103 | STARTIST | Walmart | 101316208 |
| 104 | SUNNIEFATE | Walmart | 102533959 |
| 105 | Sunnyway Trading | Walmart | 102717958 |
| 106 | tanhong | Walmart | 102848441 |
| 107 | tao qiu | Walmart | 102904261 |
| 108 | TeeCrafters | Walmart | 102782089 |
| 109 | THANH CONG PRINT LTD | Walmart | 102546141 |
| 110 | THAO MINH KHANG CO., LTD | Walmart | 102779574 |
| 111 | TIPXINH | Walmart | 102816412 |
| 112 | Treasure Store | Walmart | 102921128 |
| 113 | TREND KART | Walmart | 102879975 |
| 114 | True Trend | Walmart | 102677175 |
| 115 | Unfold Apparel | Walmart | 102824337 |
| 116 | uWangGenShangMax | Walmart | 102481687 |
| 117 | Vogue Vow | Walmart | 102814822 |
| 118 | Wang Haibo | Walmart | 102869670 |
| 119 | wang-li | Walmart | 102640528 |
| 120 | WHSYGJJ | Walmart | 102889163 |
| 121 | Wrappiness | Walmart | 102841126 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 122 | wuyangxianyoushangshangmao | Walmart | 102844162 |
| 123 | xiaobaxiaoba | Walmart | 103087121 |
| 124 | xiaoqixiaoqi | Walmart | 103084952 |
| 125 | xingmengyuanmaoyi | Walmart | 102581364 |
| 126 | XiongWeiWireless | Walmart | 101679040 |
| 127 | xunzhudianzi | Walmart | 102628668 |
| 128 | yanfei | Walmart | 102804494 |
| 129 | yaomu | Walmart | 102749564 |
| 130 | YARAKETA | Walmart | 102514926 |
| 131 | yayuekeji | Walmart | 102906726 |
| 132 | YGVBB | Walmart | 102478187 |
| 133 | yiyyyds | Walmart | 102841327 |
| 134 | Ynuwon | Walmart | 102786072 |
| 135 | YouHouXinXiKeJiYouXianGongSi | Walmart | 101668684 |
| 136 | YST | Walmart | 101112560 |
| 137 | Yu Song Liu | Walmart | 102814269 |
| 138 | yuanhongBS | Walmart | 101616104 |
| 139 | YX'SHOP | Walmart | 102838497 |
| 140 | zhangchengguifugui | Walmart | 101675141 |
| 141 | Zhangsion | Walmart | 102630322 |
| 142 | zhouhaoshop | Walmart | 102804953 |
| 143 | Bin Brooks | Walmart | 102481449 |
| 144 | caojujnjiecaocao | Walmart | 102517386 |
| 145 | Big Good Duck | Walmart | 102517542 |
| 146 | Carpe Omnia | Walmart | 101693905 |
| 147 | bcfgerytt | Walmart | 102629002 |
| 148 | AI Lop | Walmart | 102819235 |
| 149 | BritElegance | Walmart | 102915195 |
| 150 | CarnivalCharm | Walmart | 102739585 |