USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/3/26___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TOHO CO., LTD.,

                    Plaintiff,

         - against -

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A TO THE COMPLAINT,

                  Defendants.

**26-cv-2303 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Show Cause hearing in this matter scheduled for April 3, 2026, at 3:00 p.m. is hereby adjourned to April 17, 2026, at 3:00 p.m.

**SO ORDERED.**

Dated:    3 April 2026
         New York, New York

                          _____
                              Victor Marrero
                                U.S.D.J.